**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MINA AHMADI et al** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **MARKWAYNE MULLIN et al** | : | **NO. 26-5575** |

**ORDER**

**AND NOW**, this 3rd day of November 2026, a review of the Court's records show that Defendants **Todd Blanche, Michael Catalano, Joseph Edlow, and Markwayne Mullin** have not filed a response to the pleadings in the above-captioned case.

If the defendants do not file a response in this case **on or before November 6, 2026**, the Court will enter an order for Default Judgment for the Plaintiffs and against the Defendants.

BY THE COURT:

s/Paul S. Diamond, J.

Paul S. Diamond, J.